IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAPEDRO FINLEY, #20075-076                                          PETITIONER

VERSUS                              CIVIL ACTION NO. 5:07cv21-DCB-MTP

CONSTANCE REESE, Warden, et al.                                    RESPONDENTS

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the __9th__ day of February, 2009.

                              s/ David Bramlette
                         UNITED STATES DISTRICT JUDGE